# Exhibit B

*Certified to be a true copy of the original seen by me.*
*R. [signature] — Rebecca J. Smith - Solicitor*
*14 November 2019*
*Fieldfisher LLP,*
*Free Trade Exchange,*
*37 Peter Street,*
*Manchester,*
*M2 5GB*

**IN THE HIGH COURT OF JUSTICE**

**BUSINESS AND PROPERTY COURTS**

**OF ENGLAND AND WALES**

**BUSINESS LIST (ChD)**

Before Master Kaye

27 June 2019

[Seal: HIGH COURT OF JUSTICE — THE BUSINESS & PROPERTY COURTS OF ENGLAND & WALES — 02 Jul 2019]

BL-2018-000751

QATAR NATIONAL BANK (Q.P.S.C)

(FORMERLY QATAR NATIONAL BANK (S.A.Q)

**Claimant**

-and-

(1) GOVERNMENT OF ERITREA

(2) STATE OF ERITREA

**Defendants**

_____

Order

_____

**UPON** the Claimant's applications for an order dispensing with service of the Claim Form and Particulars of Claim, and for summary judgment

**AND UPON** the Defendants having been served with the Claimant's applications

**AND UPON** hearing Leading Counsel for the Claimant

**AND UPON** there being no attendance or representation on behalf of the Defendants

**AND UPON** the Court handing down Judgment in favour of the Claimant

**IT IS ORDERED THAT**

1. Service of the Claim Form and Particulars of Claim by the Claimant on the Defendants is dispensed with pursuant to CPR 6.16.

2. Permission is granted to the Claimant to apply for summary judgment pursuant to CPR 24.4(1).

1

3. Final Judgment on the Claim is entered in favour of the Claimant and against the Defendants.

4. The Defendants shall pay the Claimant the sum of US$253,388,350.08 (comprising US$159,914,946 in respect of the principal debt and US$93,473,404.08 in respect of interest) within 14 days, with interest accruing thereafter at the Judgment Rate of 8% per annum.

5. The Defendants shall pay all of the Claimant's costs of the Claim, including all costs previously reserved, summarily assessed in the sum of £70,000, within 14 days, with interest accruing thereafter at the Judgment Rate of 8% per annum.

6. The Claimant shall provide a copy of this Order, by way of notification, to the Eritrean Embassies in London and Doha, and to the Ministry of Foreign Affairs in Asmara, Eritrea, as soon as reasonably practicable.

7. The Defendants shall have two months from the date of notification pursuant to paragraph 6 above to apply to vary or set aside this Order. The Claimant shall not take steps to enforce the Judgment or this Order before those two months following notification have elapsed.

**Service Provisions**

The Court has provided a sealed copy of this order to the serving party: Fieldfisher LLP at 5th Floor, Free Trade Exchange, 37 Peter Street, Manchester, M2 5GB

# APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | | |
|---|---|---|
| 1. | **Country:**<br>Pays / Pais: | United Kingdom of Great Britain and Northern Ireland |
| | **This public document**<br>Le présent acte public / El presente documento público | |
| 2. | **Has been signed by**<br>a été signé par<br>ha sido firmado por | Rebecca Jane Smith |
| 3. | **Acting in the capacity of**<br>agissant en qualité de<br>quien actúa en calidad de | Solicitor. |
| 4. | **Bears the seal / stamp of**<br>est revêtu du sceau / timbre de<br>y está revestido del sello / timbre de | Not applicable |

**Certified**
Attesté / Certificado

| | | | | | |
|---|---|---|---|---|---|
| 5. | at<br>á / en | London | 6. | the<br>le / el día | 22 November 2019 |
| 7. | by<br>par / por | Her Majesty's Principal Secretary of State for Foreign and Commonwealth Affairs | | | |
| 8. | **Number**<br>sous no / bajo el numero | APO-1736608 | | | |
| 9. | **Seal / stamp**<br>Sceau / timbre<br>Sello / timbre | (Foreign and Commonwealth Office, London) | 10. | **Signature**<br>Signature<br>Firma | J. Horne |

This Apostille is not to be used in the UK and only confirms the authenticity of the signature, seal or stamp on the attached UK public document. It does not confirm the authenticity of the underlying document. Apostilles attached to documents that have been photocopied and certified in the UK confirm the signature of the UK official who conducted the certification only. It does not authenticate either the signature on the original document or the contents of the original document in any way.

If this document is to be used in a country not party to the Hague Convention of the 5th of October 1961, it should be presented to the consular section of the mission representing that country

To verify this apostille go to www.verifyapostille.service.gov.uk