CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Qatar National Bank (QPSC),

_____
Plaintiff(s)

vs.

Government of Eritrea,
State of Eritrea

_____
Defendant(s)

Civil Action No.: 21-436

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

| BY REGISTERED MAIL TO: | BY REGISTERED MAIL TO: | BY DHL TO: | BY DHL TO: |
|---|---|---|---|
| Government of Eritrea | State of Eritrea | Government of Eritrea | State of Eritrea |
| Hon. Osman Saleh Mohammed | Hon. Osman Saleh Mohammed | Hon. Osman Saleh Mohammed | Hon. Osman Saleh Mohammed |
| Minister of Foreign Affairs | Minister of Foreign Affairs | Minister of Foreign Affairs | Minister of Foreign Affairs |
| Ministry of Foreign Affairs | Ministry of Foreign Affairs | Ministry of Foreign Affairs | Ministry of Foreign Affairs |
| P.O. Box 190 | P.O. Box 190 | P.O. Box 190 | P.O. Box 190 |
| Asmara, Eritrea | Asmara, Eritrea | Asmara, Eritrea | Asmara, Eritrea |

by: (check one)
- [x] certified or registered mail, return receipt requested
- [x] DHL
- [ ] Fed Ex

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [x] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)
- [ ] 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): State of Eritrea*_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

\* Department of State Overseas Citizens Services reported that they had no information indicating that Eritrea did not authorize service by mail. Service by mail is authorized by 28 U.S.C. § 1608(a)(3)

/s/ Robert K. Kry
(Signature)

Robert K. Kry
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037

(Name and Address)