# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK (QPSC),<br><br>                     Plaintiff,<br>v.<br><br>GOVERNMENT OF ERITREA,<br>STATE OF ERITREA,<br><br>                     Defendants. | No. 1:21-cv-00436-TFH |

## **RETURN OF SERVICE**

ROBERT K. KRY declares as follows pursuant to 28 U.S.C. § 1746:

1. On March 12, 2021, I caused to be delivered to the Clerk a copy of the summons, complaint with exhibits, notice of suit with exhibit, and translations of each of the foregoing into an official language of Eritrea, together with an affidavit requesting foreign mailing of the foregoing to the Government of Eritrea through the Hon. Osman Saleh Mohammed, Minister of Foreign Affairs, Ministry of Foreign Affairs, P.O. Box 190, Asmara, Eritrea. A copy of our cover letter to the Clerk is attached as Exhibit A.

2. On March 17, 2021, DHL reported that it had picked up the foregoing materials from the Court for dispatch to the Ministry of Foreign Affairs in Asmara and assigned tracking number 4341428700 to the shipment.

3. On March 29, 2021, DHL reported that it had delivered the foregoing materials in Asmara earlier that day. A copy of the delivery receipt, signed by Helen Alem, is attached as Exhibit B.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2021.  
McLean, Virginia                                  _____  
                                                                  Robert K. Kry